IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| FRANCISCO PINEDA, 05042774,<br>　　　　　Plaintiff, | )<br>)<br>) |
| v. | )　　No. 3:06-CV-030-N<br>)　　ECF |
| SHERIFF LUPE VALDEZ and THE DALLAS<br>COUNTY DISTRICT ATTORNEY'S OFFICE,<br>　　　　　Defendants. | )<br>)<br>) |

## ORDER

After making the review required by 28 U.S.C. § 636(b), the Court finds that the Findings, Conclusions and Recommendation of the Magistrate Judge are correct, and they are adopted as the findings and conclusions of the Court.

Signed June 8, 2006.

_____
DAVID C. GODBEY
UNITED STATES DISTRICT JUDGE